BRYAN CAVE LLP
3161 MICHELSON DRIVE, SUITE 1500
IRVINE, CALIFORNIA 92612-4414

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN and NELLIE HAZEL, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a corporation,<br><br>Defendants. | Case No. 09CV2432 JM CAB<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME OF DEFENDANT BANK OF AMERICA CORPORATION TO FILE RESPONSE TO COMPLAINT**<br><br>Complaint Filed: October 30, 2009<br>Trial Date: Not Assigned |

IR01DOCS426719.2                     1

ORDER

1  Good cause appearing therefor, the deadline for Defendant Bank of America Corporation to file its Response to Plaintiff's Complaint is continued to December 16, 2009.

**IT IS SO ORDERED.**

DATED: November 30, 2009

_____
UNITED STATES DISTRICT COURT JUDGE